**Mizell E. EWING, III, Petitioner–Appellant,**

v.

**Ann Mary CARTER, Warden, Respondent—Appellee,**

and

**Unit Team; Ms. Veltri, Case Manager Coordinator; C. Eichenlaub, Regional Director of Mid–Atlantic; General Counsel; Mr. Dodrill, Case Manager; Mr. Miller, Unit Manager; C. Eichen, Regional Director, Respondents.**

No. 14–6654.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 25, 2014.

Decided: Sept. 29, 2014.

Mizell E. Ewing, III, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mizell E. Ewing, III, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ewing v. Carter,* No. 2:13–cv–00056–JPBJSK (N.D.W.Va. Apr. 17, 2014). We grant Ewing leave to proceed in forma pauperis, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*